# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STUART WELLS, derivatively on behalf of SPECTRUM PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RAJESH C. SHROTRIYA, JOSEPH W. TURGEON, KURT A. GUSTAFSON, LEE F. ALLEN, LUIGI LENAZ, GILLES R. GAGNON, STUART M. KRASSNER, ANTHONY E. MAIDA, RAYMOND W. COHEN, and DOLATRAI VYAS, <br><br> Defendants, <br><br> and <br><br> SPECTRUM PHARMACEUTICALS, INC., <br><br> Nominal Defendant. | C.A. No. 17-cv-191-VAC-CJB |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1) and 23.1(c) of the Federal Rules of Civil Procedure, Plaintiff Stuart Wells hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against Defendants.

Voluntary dismissal is appropriate under Fed. R. Civ. P. 41(a)(1) given that Defendants have not appeared in this action, answered the Complaint, or filed a motion for summary judgment.

Notice of this voluntary dismissal is not required under Fed. R. Civ. P. 23.1(c) because neither Plaintiff nor Plaintiff's counsel have received or will receive any compensation for this dismissal.

Dated: April 13, 2017                               Respectfully submitted,

**FARNAN LLP**

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 777-0300
Fax: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

**THE BROWN LAW FIRM, P.C.**
Timothy W. Brown
240 Townsend Square
Oyster Bay, NY 11771
(516) 922-5427
Fax: (516) 344-6204
tbrown@thebrownlawfirm.net

*Attorneys for Plaintiff*